# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD STEVEN THOMPSON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>K. ALLISON, Warden<br><br>　　　　Respondent.<br>_____/ | 1:10-cv-00159-AWI-DLB (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT<br><br>[Doc. 8] |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　Petitioner filed the instant petition on February 1, 2010.  On February 25, 2010, the Court issued an order to show cause why the petition should not be dismissed for lack of jurisdiction. (Court Doc. 7.) On March 31, 2010, Petitioner filed an amended petition March 31, 2010. (Court Doc. 8.)   In the First Amendment Petition, Petitioner properly names Warden Allison as the Respondent.

　　　Accordingly, the Clerk of the Court is DIRECTED to substitute Warden Allison as the Respondent in this action.

　　　IT IS SO ORDERED.

　　　Dated:　__April 8, 2010__　　　　　　　　__/s/ Dennis L. Beck__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1