# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD STEVEN THOMPSON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>K. ALLISON, Warden<br><br>　　　　Respondent.<br>_____/ | 1:10-cv-00159-AWI-DLB (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO RESPONDENT'S ANSWER<br><br>[Doc. 16]<br><br>THIRTY DAY DEADLINE (30) |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On June 29, 2010, Petitioner filed a motion to extend the time to file a response to Respondent's answer to the petition. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Petitioner is granted thirty (30) days from the date of service of this order in which to file a response to Respondent's answer.


　　IT IS SO ORDERED.

　　　Dated:　　**July 2, 2010**　　　　　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE